UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB FREIMARK,<br><br>Plaintiff,<br><br>v.<br><br>BAINBRIDGE ISLAND SCHOOL DISTRICT NO. 303 et al.,<br><br>Defendant. | CASE NO. C26-5241 BHS<br><br>ORDER |

THIS MATTER is before the Court on pro se plaintiff Jacob Freimark's motion for leave to proceed *in forma pauperis*, contained in his notice of appeal, Dkt. 94. Freimark paid the filing fee when he commenced this litigation, and the case has been dismissed with prejudice. Dkt. 92. The Court construes Freimark's motion as one to appeal *in forma pauperis*.

Freimark has demonstrated that he is indigent. His claims were not successful, but they were not facially frivolous. To appeal *in forma pauperis*, a plaintiff must show that there is some potential merit to his appeal. *See* 28 U.S.C. § 1915(a)(3) (an appeal may not

be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith).

Freimark's motion to appeal *in forma pauperis*, Dkt. 94, is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2026.

BENJAMIN H. SETTLE
United States District Judge